UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

11-12606

DEBTOR: Paul Sosa   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# 0835   Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A. $ 264.83 for months 1 to 60;
B. $ _____ for months ___ to ___;
C. $ _____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $ 5650   TOTAL PAID $ 850
Balance Due   $ 4800   payable $192.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____
Address: _____
Arrearage on Petition Date $ _____
Arrears Payment $ _____/month (Months ___ to ___)
Regular Payment $ _____/month (Months ___ to ___)
Account No: _____

2. _____
Address: _____
Arrearage on Petition Date $ _____
Arrears Payment $ _____/month (Months ___ to ___)
Regular Payment $ _____/month (Months ___ to ___)
Account No: _____

3. _____
Address: _____
Arrearage on Petition Date $ _____
Arrears Payment $ _____/month (Months ___ to ___)
Regular Payment $ _____/month (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank "Payoff" | $7954.00 | 5.25% | $46.34 $238.32 | 1 To 60 | $9023.06 |
| | $ | % | $ | ___ To ___ | |
| | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____
Total Due $ _____
Payable $ _____/month (Months ___ to ___)
Regular Payment $ _____

2. _____
Total Due $ _____
Payable $ _____/month (Months ___ to ___)
Regular Payment $ _____

Unsecured Creditors: Pay $ 238.35/month (Months 1 to 60) and pay $ ___/month (Months ___ to ___).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Barbi Fin for 2000 Infiniti to be paid direct

X _____
Debtor
Date: _____

LF-31 (rev. 01/08/10)

Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900