UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X ____First____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ____Raul Sosa____     CASE NO.: __11-12606-AJC__
Last Four Digits of SS# __0835__     Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__264.82__ for months __1__ to __60__;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $__5,650.00__  TOTAL PAID $__850.00__
Balance Due $__4,800.00__ payable $__192.00__ /month (Months __1__ to __25__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____  Arrearage on Petition Date $_____
Address: _____  Arrears Payment $_____/month (Months ___to___)
_____  Arrears Payment $_____/month (Months ___to___)
Account No: _____  Regular Payment $_____/month (Months ___to___)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank "Pay off" | $7,954.00 20224 NW 52 Court, Lot 642 Miami, FL 33055 (motor home) | 5.25 % | $ 46.34 $238.32 | __1__ To __60__ | $9,023.06 |
| | $ | % | $ | ___To___ | |
| | $ | % | $ | ___To___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
   Payable $____/month (Months___to___) and $____/month (Months___to___)
   Regular Payment $_____
2. _____  Total Due $_____
   Payable $_____/month (Months___to___)
   Regular Payment $_____

Unsecured Creditors: Pay $__238.35__ month (Months __59__ to __60__) and pay $_____/month (Months_____ to ___).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. Other Provisions Not Included Above.
Barbi Fin for 2000 Infiniti to be paid direct.
The Debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedules I and J and modify the plan if necessary.

For the Debtor
Date: __4/1/11__

LF-31 (rev. 01/08/10)
*Reyes & Calas-Johnson, P.A, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*